Elizabeth C. DOGAN et al.

v.

The CITY OF PROVIDENCE et al.

No. 82–542–A.

Supreme Court of Rhode Island.

Jan. 31, 1983.

Kevin A. McKenna, Providence, for plaintiffs.

Levy, Goodman, Semonoff & Gorin, Anthony F. Muri, Susan M. Huntley, Edward R. DiPippo, Asst. City Sol., Providence, for defendant.

ORDER

The defendant's motion to dismiss the plaintiffs' appeal as interlocutory is hereby granted.

In re JOHNILE.

No. 83–58–M.P.

Supreme Court of Rhode Island.

Jan. 31, 1983.

John Farley, Chief Legal Counsel, Department for Children and Their Families, Providence, Turner Scott, Asst. City Sol. for the City of Newport, Newport, respondents.

William F. Reilly, Public Defender, Mary E. Levesque, Paula Rosin, Asst. Public Defenders, petitioner.

ORDER

The petition for writ of habeas corpus is denied.

David LAWTON et al.

v.

GOODYEAR TIRE & RUBBER COMPANY et al.

No. 83–33–M.P.

Supreme Court of Rhode Island.

Jan. 31, 1983.

Roberts, Carroll, Feldstein & Tucker, David Carroll, Providence, for respondents.

Decoff & Grimm, Daniel Prentiss, George M. Vetter, John F. Dolan, Providence, for petitioners.

ORDER

The petition for writ of certiorari and petitioner's motion for stay are denied.

Murray, J., did not participate.